UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>TRESCA BROTHERS SAND & )<br>GRAVEL, INC. )<br>    Defendant. )<br>) | Civil Action No: _____ |

## COMPLAINT

## JURISDICTION

1.  Jurisdiction of this action is conferred on the Court by 28 U.S.C. §1345.

## PARTIES

2.  Plaintiff is the United States of America, acting through the U.S. Department of the Treasury's Bureau of the Fiscal Service (hereinafter "Treasury"). The debt was referred to Treasury in accordance with the Debt Collection Improvement Act of 1996 ("DCIA")(31 U.S.C. §3701 *et seq.*).

3.  Defendant, TRESCA BROTHERS SAND & GRAVEL, INC is a Massachusetts corporation having a principal place of business at 66 Main Street, Millis, MA 02054.

## COUNT I

4.  On or about August 14, 2020, the Department of Health and Human services, Center for Medicare and Medicaid Services made a demand for overpayment in the amount of $5,958.48, attached as **Exhibit "A"**.

5.  On or about October 19, 2020 the U.S. Department of Treasury Bureau of Fiscal Service sent a demand for payment in the amount of $6,205.29 attached as **Exhibit "B"**.  On June 14, 2021, the agency sent all aforementioned documentation at the request of the defendant, TRESCA BROTHERS SAND & GRAVEL, INC., attached as **Exhibit "C"**.

6.  As of February 19, 2025, the Defendant is indebted to the United States in the amount of $8,094.88 calculated as follows:

    | | |
    |---|---|
    | Principal: | $5,958.48 |
    | Interest (at 9.63%) | $2,136.40 |
    | Total: | $8,094.88 |

As set forth in the Certificate of Indebtedness attached hereto as **Exhibit "D"** and incorporated herein by this reference.

The Defendant has failed to pay the aforesaid sums although demand has been duly made.

WHEREFORE the United States demands judgment against the Defendant for $8,094.88, plus interest from February 19, 2025 and for such other and further relief as this Court deems fair and reasonable.

Dated: July 9th, 2025          The United States of America

By its attorneys[1]:

   /s/ *John O. Postl*
John O. Postl, BBO# 567729
Schuerger Law Group
Private Counsel, United States Department of Justice
1001 Kingsmill Parkway
Columbus, Ohio 43229
jpostl@schuergerlaw.com
Phone No. 614-824-5731 Direct Dial 617-315-4921

---

[1] Schuerger Law Group is under contract to the United States Department of Justice under the Department's private counsel program for collection of certain accounts.